The People of the State of New York, Respondent, v Robert Williams, Appellant. [29 NYS3d 167]—Judgment, Supreme Court, New York County (Cassandra M. Mullen, J.), rendered May 21, 2013, as amended July 10, 2013, convicting defendant, upon his plea of guilty, of attempted sexual abuse in the first degree and criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to concurrent terms of two years and 2 to 4 years, unanimously affirmed.

The sentencing court properly found that it had no discretion to defer defendant's mandatory surcharge (*see People v Jones*, 26 NY3d 730 [2016]). Concur—Mazzarelli, J.P., Friedman, Andrias, Moskowitz and Kahn, JJ.